UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPI RAJAGOPAL,<br><br>             Plaintiff,<br><br>        v.<br><br>TRACY RICHARDSON, et al.<br><br>             Defendants. | 1:22-cv-01023-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 8) |

    Plaintiff Gopi Rajagopal ("Plaintiff") is an inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 4, 2023, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to obey court orders and to prosecute this action.  (ECF No. 8.)  Specifically, Plaintiff has failed to keep this Court apprised of his current address.  (*Id*. at 2-3.)  He was afforded 14 days within which to file objections.  (*Id*. at 4.)  More than 14 days have passed, and Plaintiff has not filed objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly,

1. The findings and recommendations issued on January 4, 2023, (ECF No. 8), are adopted in full;
2. The action is dismissed, without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 17, 2023

_____
UNITED STATES DISTRICT JUDGE

2